# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Domingo Hernandez | CASE NO.: 09−23833−rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−7364 | CHAPTER: 7 |

## NOTICE OF HEARING ON DISMISSAL

Please take notice that a hearing will be held before the Honorable Robert D. Drain to consider dismissal of the above−captioned case for failure to pay the required filing fee. The court will conduct the hearing on this matter at:

Courtroom 610 (RDD), One Bowling Green, New York, NY 10004−1408

Date: 11/25/09
Time: 10:00 AM

Please be advised that the above−named debtor is being summoned due to failure to pay the filing fee and if the debtor pays the fee "PRIOR" to the day of the hearing, the hearing will be cancelled. All fee payments MUST be accompanied by a copy of this notice.

Dated: October 7, 2009

Vito Genna
Clerk of the Court