# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: eandino | Date Created: 10/7/2009 |
| Case: 09–23833–rdd | Form ID: 171 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Jeffrey L. Sapir–7      info@sapirlaw.com
aty      Jan Hudgins Riley      kimosaki@aol.com

                                                                                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Domingo Hernandez, Sr.      60 Onondaga street      Yonkers, NY 10704
ust      United States Trustee      33 Whitehall Street      21st Floor      New York, NY 10004

                                                                                                                                                      TOTAL: 2