**CABANILLAS & ASSOCIATES, PC**
245 Main Street
Suite 120
White Plains, NY 10601

Invoice

Invoice #: 2009-94
Invoice Date: 4/6/2009
Due Date: 4/15/2009
Case:
P.O. Number:

**Bill To:**
Domingo Hernandez
66 Onondaga Ave
Yonkers, NY 10704

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Foreclosure Defense for your property at 66 Onondaga Ave, Yonkers, NY 10704- According to retainer agreement signed on 3/9/09. | | 7,500.00 | 7,500.00 |
| A payment of $1,250 was received on 3/9/09. | | | |
| YOUR NEXT PAYMENT OF $1,250 IS DUE BY YOUR APRIL 17TH, 2009 COURT DATE. | | | |
| Your next payment installment dates after April 17th, 2009 are as follows:<br>$2,500 due on July 1, 2009<br>$2,500 due on October1, 2009 | | | |

We appreciate your prompt payment.

| Phone # | Fax: | E-Mail |
|---|---|---|
| (914)220-8272 | (914)2208274 | |

| | |
|---|---|
| **Total** | $7,500.00 |
| **Payments/Credits** | $-1,250.00 |
| **Balance Due** | $6,250.00 |