County Clerk - Land & Legal Record Public Viewer

| Image | Case Book | Date | Defendant Name | Plaintiff Name |
|---|---|---|---|---|
| | 3295-09 | 2009/02/23 | HERNANDEZ DOMINGO | BANK OF NEW YC |
| | 3295-09 | 2009/02/23 | SUMMONS & COMPLAINT | |
| | 3295-09 | 2009/02/23 | LIS PENDENS | HERNANDEZ DON |
| | 3295-09 | 2009/02/23 | LIS PENDENS | HERNANDEZ DON |
| | 3295-09 | 2009/02/23 | LIS PENDENS | MORTGAGE ELEC |
| | 3295-09 | 2009/02/23 | LIS PENDENS | BANK OF AMERIC |
| | 3295-09 | 2009/02/23 | LIS PENDENS | PEOPLE OF THE S |
| | 3295-09 | 2009/02/23 | LIS PENDENS | DOE JOHN 1-10 |
| | 3295-09 | 2009/03/17 | AFFIDAVIT OF SERVICE | 5 |
| | 3295-09 | 2009/03/17 | RJI | |
| | 3295-09 | 2009/03/30 | AFFIDAVIT OF SERVICE | |
| | 3295-09 | 2009/04/16 | ANSWER | |
| | 3295-09 | 2009/04/30 | ANSWER | AMENDED COUNT |



### New York State Unified Court System

## COURTS

*WebCivil Supreme - Appearance Detail*

Court: **Westchester Civil Supreme**
Index Number: **003295/2009**
Case Name: **THE BANK OF NEW YORK vs. HERNANDEZ, DOMINGO**
Case Type: **Foreclosure - Sub Prime**
Track: **Standard**

**Appearance Information:**

| Appearance Date | Time | On For | Appearance Outcome | Justice / Part | Comments | Motion Seq |
|---|---|---|---|---|---|---|
| 10/01/2009 | | Supreme Trial | Stayed | FRANCIS A. NICOLAI | IN BANKRUPTCY | |
| 10/01/2009 | | Motion | Stayed | FRANCIS A. NICOLAI FRANCIS A. NICOLAI (MTN/FORCL) | IN BANKRUPTCY | 001 |
| 09/17/2009 | | Supreme Trial | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI | FORECLOSURE CONF 9:30AM RM 810 | |
| 09/17/2009 | | Motion | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI (MTN/FORCL) | | 001 |
| 07/09/2009 | | Supreme Trial | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI | FORECLOSURE CONF 9:30AM RM 810 | |
| 07/09/2009 | | Motion | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI (MTN/FORCL) | | 001 |
| 05/21/2009 | | Supreme Trial | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI | FORECLOSURE CONF 9:30AM RM 810 | |
| 05/21/2009 | | Motion | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI (MTN/FORCL) | | 001 |
| 04/17/2009 | | Supreme Initial (first time on) | Adjourned | FRANCIS A. NICOLAI FRANCIS A. NICOLAI | FORECLOSURE CONF 9:30AM RM 810 | |

Close