# LOAN MODIFICATION INFORMATION

Source _____  Consultant *Giovanni Ramos* Date: _____

Name: **Domingo Hernandez** Co-borrower _____
Address: **66 Onondaga St. Yonkers, NY 10704**
Home phone: **914-751-5657** Cell Phone: **646-377-9665**
Work phone: **—**  Fax: _____
E-mail Address: **dhndz@live.com**

1st Mortgage Loan #: **143449462**
Lender's Name: **Countrywide**
2nd Mortgage Loan #: **143449470**
Lender's Name: **Countrywide**

Are you in Foreclosure? ✓ Yes ___ No
Is the House up for sale? ___ Yes ✓ No  Do You have a Sale date: _____
Can you afford your payment now? ___ Yes ✓ No
Loan Type: ___ VA  ___ FHA  *None* Conventional
How much money do you have available for a down payment toward the delinquency? __—__

Are you currently in bankruptcy? ___ Yes ✓ No  What Chapter? __—__
Did you reaffirm the Mortgage? ___ Yes ✓ No
Do you have the Discharge Letter? ✓ Yes ___ No
Do you have a past overdue payment arrangement? ___ Yes ✓ No
Have you refinance since the original loan? ___ Yes ✓ No

Cabanillas & Associates P.C
*Attorney at Law*

# PERSONAL MONTHLY FINANCIAL WORKSHEET

## INCOME SOURCES

Alimony/Child Support $ —

Employment $ —

Commissions $ —

Overtime $ —

Pension/Retirement $ —

Social Security/Disability $ —

Welfare/Food Stamps $ —

Other Income $

Total Income $ _____

## EXPENSES HOUSING

Mortgage $ 1,919.17

2nd Mortgage $ 385

Property Taxes $ 460

Insurance $ 100

Home Maintenance $ 50

Gas/Electric/Oil $ 250

Telephone/Cell $ 130

Water/Sewer/Trash $ 30

Association Dues $ —

Total Housing Expense $ _____

**FOOD** Groceries $ _____

149 Grand Street White Plains NY 10601
Tel (914)-220-8272 / Fax (914)220-8274

## TRANSPORTATION

Car Payment(s)          $ 375
Car-Insurance           $ 233
Gasoline                $ 360
Maintenance/Tires/Repairs  $ 40

Total Transportation Expense $_____

## DEBT PAYMENTS

Credit Cards            $ 30,000
Personal Loans          $ —
Other $_____

Total Debt Expense $_____

## INSURANCE

Life        $ —
Health      $ —
Dental      $ —
Other       $ —

Total Insurance Expense $_____

## MEDICAL

Doctor/Dentist   $ —
Prescriptions    $ —
Other            $ —

Total Medical Expense $_____

## CHILD CARE/SUPPORT

Daycare/Sitting         $ —
Child Support Payments  $ 150
Children's Allowances   $ —

Total Child Care Expense $_____

149 Grand Street White Plains NY 10601
Tel (914)-220-8272 / Fax (914)220-8274

Cabanillas & Associates P.C  
*Attorney at Law*

**EDUCATION**

| | |
|---|---|
| Tuition/Lessons | $ — |
| Student Loans | $ — |
| Supplies (Books,etc) | $ — |

**Total Education Expense $** _____

_Domingo Hermane_  
Signature of Applicant (Borrower)

_____  
Signature of Co-Applicant (Borrower)

Cabanillas & Associates P.C
*Attorney at Law*

**The Following documents are needed to start the process of a Loan Modification:**

1) Last 2-Payment Stubs
2) Taxes for the last 2-years
3) Last 2-months bank statements
4) Leases
5) Hardship Letter
6) If self employed, please provide profit and loss statement from your accountant.

---

**Documentos necesarios para la modificacion de la hipoteca:**

1) Las dos ultimas colillas de pagos de su empleo.
2) Income taxes de los dos ultimos anos.
3) Ultimos estado de cuenta de Banco.
4) Contrato de renta-Si la casa es de 2 familias en adelante.
5) Si usted trabaja por su cuenta obtenga una carta de su contador estableciendo su
6) Ganancia y perdida de su negocio.

Cabanillas & Associates P.C
*Attorney at Law*

**Notes:**

CLIENT
HOMEOWNER
IN FORECLOSURE

149 Grand Street White Plains NY 10601
Tel (914)-220-8272 / Fax (914)220-8274