# Record Report
Cabanillas & Associates, P.C.

| Field | Value |
| --- | --- |
| Record Type | N |
| Date | 09/17/2009 |
| Time | 06:36:00 PM |
| Duration | 0:00:00 |
| Status | U |
| Description | Attended settlement conference. It was the 4th time on and is adjourned till 10/1, which will be the FINAL conference. Our submitted loan mod package was missing items such as the hardship letter and pay stubs. We are to submit a complete and updated package along with available upfront funds (I'm assuming this means bank statements). This must be done by 9/24/09 and sent to both the bank and the attorney: McKabe's office - Attention Jason E. Brooks, fax: 914-636-8901. Apparently the fax number we have for the bank is incorrect also. Try calling 661-951-5722 or 661-951-5149 for the right fax number. |
| Client ID | 70.00 |
| Related Party | |
| User ID | AUK |
| Sent/Received | |
| To/From | |
| Subject | |
| Spoke With | N |
| Returned Call | N |
| Left Message | N |
| Voice Message | N |
| First Date | mm/dd/yyyy |
| Last Date | mm/dd/yyyy |
| First Time | hh:mm:ss AM |
| Last Time | hh:mm:ss AM |
| Duration | |
| Research URL | |
| Research File | |
| E-mail Body | |
| E-mail Attachments | |
| ) | |
| om | |
| ⊃ | |
| ⊃C | |

| Field | Value |
|---|---|
| Record Type | N |
| Date | 09/21/2009 |
| Time | 05:23:00 PM |
| Duration | 0:00:00 |
| Status | U |
| Description | Called client regarding missing docs. I left msg stating he needs to contact us immediately. |
| Client ID | 70.00 |
| Related Party | |
| User ID | YSP |
| Sent/Received | |
| To/From | |
| Subject | |
| Spoke With | N |
| Returned Call | N |
| Left Message | N |
| Voice Message | N |
| First Date | mm/dd/yyyy |
| Last Date | mm/dd/yyyy |
| First Time | hh:mm:ss AM |
| Last Time | hh:mm:ss AM |
| Duration | |
| Research URL | |
| Research File | |
| E-mail Body | |
| E-mail Attachments | |
| To | |
| From | |
| C | |
| CC | |

| Field | Value |
|---|---|
| Record Type | N |
| Date | 09/22/2009 |
| Time | 07:02:00 PM |
| Duration | 0:00:00 |
| Status | U |
| Description | Spoke to client today stated he will come, he rescheduled for tomorrow. |
| Client ID | 70.00 |
| Related Party | |
| User ID | YSP |
| Sent/Received | |
| To/From | |
| Subject | |
| Spoke With | N |
| Returned Call | N |
| Left Message | N |
| Voice Message | N |
| First Date | mm/dd/yyyy |
| Last Date | mm/dd/yyyy |
| First Time | hh:mm:ss AM |
| Last Time | hh:mm:ss AM |
| Duration | |
| Research URL | |
| Research File | |
| E-mail Body | |
| E-mail Attachments | |
| To | |
| From | |
| C | |
| CC | |